UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN  DIVISION


JOSHUA HAMBLEY,

                Petitioner,                    Case No. 1:14-cv-549

v.                                         Honorable Paul L. Maloney

CARMEN PALMER,

                Respondent.
_____/

## ORDER

        In accordance with the Opinion entered this day:

        **IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:   June 12, 2014               /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge